IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.   14-05024-01-CR-SW-BCW |
| | ) | |
| CHRISTOPHER FORCUM, | ) | |
| | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Counts One and Two contained in the Information filed on June 16, 2014, and Defendant's admittance of the Forfeiture Allegation contained in the Information, are now <u>Accepted.</u>  The Defendant is <u>Adjudged Guilty</u> of such offense.   Sentencing will be set by subsequent Order of the Court.

                                                          */s/ Brian C. Wimes*
                                                          **BRIAN C. WIMES**
                                                          **UNITED STATES DISTRICT JUDGE**

Date:  July 7, 2014